AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| NELSON IVAN PAR PUZUL, individually and on behalf of all others similarly situated, <br><br> _Plaintiff(s)_ <br><br> v. <br><br> TAQUERIA AL PASTOR INC., TAQUERIA #3 2024 CORP., and CLARIBEL RESTAURANT UNO, INC., and PEDRO RAMALES, as an individual, <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) )     Civil Action No.   25-cv-06231-TAM |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   TAQUERIA AL PASTOR INC., 128 Wyckoff Avenue, Brooklyn, New York 11237
TAQUERIA #3 2024 CORP., 55-30 Myrtle Avenue, Flushing, New York 11385
CLARIBEL RESTAURANT UNO, INC.
128 Wyckoff Avenue, Brooklyn, New York 11237
PEDRO RAMALES, 128 Wyckoff Avenue, Brooklyn, New York 11237
1734 Willoughby Ave Unit Pvt, Ridgewood, New York 11385-1148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Helen F. Dalton & Associates, P.C.

Roman Avshalumov, Esq.

80-02 Kew Gardens Road, Suite 601

Kew Gardens, NY 11415

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney
_CLERK OF COURT_



s/Kimberly Davis

Date:   11/7/2025

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*


                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:




| Print | Save As... | Reset |